UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEXTER LEE KIE,<br><br>Defendant. | Case No. 2:15-cr-00264-LRH<br><br>ORDER |

Before the court is defendant's Motion for Early Termination of Supervised Release (ECF No. 150). The motion is unopposed by the Probation Office. The government has not filed a response.

Pursuant to 18 U.S.C. § 3583(e)(1), the court may, after considering the factors set forth in 18 U.S.C. § 3553(a), terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, if the court is satisfied that such action is warranted by the conduct of the person under supervision and is in the interest of justice.

Mr. Kie has not incurred any arrests while on probation; however, in December 2018, police responded to Mr. Kie's residence in response to a verbal altercation between Mr. Kie and his girlfriend. Officers relayed that Mr. Kie was cooperative and it was determined no crime had been committed. However, Mr. Kie did fail to report that police contact to his probation office as required.

///

Currently, it appears that Mr. Kie is in compliance with all terms of his supervised release, which has now extended for approximately twenty months of his 36-month probation. He has a stable residence, is currently medically disabled, and is following conditions of probation, including not testing positive for any illicit substance.

Good cause appearing, defendant Dexter Lee Kie's Motion for Early Termination of supervised release (ECF No. 150) is hereby GRANTED.

IT IS SO ORDERED.

DATED this 25th day of March, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE